```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                ) No. CR-07-106-WFN
              Plaintiff,        )
                                ) ORDER GRANTING UNOPPOSED
v.                              ) MOTION TO MODIFY CONDITIONS
                                ) OF RELEASE
RUPINDER PANESAR,               )
                                )
              Defendant.        )
                                )
```

The Motion to Modify Conditions of Release, which is not opposed by the United States, having been read and considered,

**IT IS ORDERED** that the Motion **(Ct. Rec. 63)** is **GRANTED.** Defendant's conditions of release are **modified** to allow Defendant to travel outside the State of Washington, with permission of his supervising U.S. Probation Officer, for work purposes only. Defendant shall notify his supervising Probation Officer of his intent to travel and the location and contact information for his travel.

All other previously ordered conditions of release remain.

DATED May 27, 2008.

                            S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY CONDITIONS OF RELEASE - 1